UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DEREK LINDIA AND
LISA FARIA

VS. C.A.NO: 07-302ML

INDUSTRIAL MOTORS, INC.

**DISMISSAL STIPULATION**

Plaintiffs' Complaint is hereby dismissed with prejudice, no interest, no costs.

Defendant,
Industrial Motors, Inc.
By its attorneys,

*/s/ Lauren D. Wilkins*________

Lauren D. Wilkins, Esq. #3239
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970

Plaintiffs,
Derek Lindia and Lisa Faria,
By their attorneys,

*/s John T. Longo*_________

John T. Longo, Esq. 4928
681 Smith Street, Suite 201
Providence, RI 02908
Tel: (401) 272-2177

Dated: November 7, 2007